UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAPNA MISTRY,<br><br>                Plaintiff,<br><br>    vs.<br><br>HARPOON THERAPEUTICS, INC., JOSEPH S. BAILES, MARK CHIN, JONATHAN DRACHMAN, JULIE EASTLAND, RON HUNT, SCOTT MYERS, ANDREW ROBBINS, and LAUREN SILVERNAIL, | Case No.: 3:24-cv-00721-AGT<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

    Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Sapna Mistry ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: March 25, 2024                      **BRODSKY & SMITH**

                                        By: *Evan J. Smith*
                                             Evan J. Smith, Esquire (SBN 242352)
                                             esmith@brodskysmith.com
                                             Ryan P. Cardona, Esquire (SBN 302113)
                                             rcardona@brodskysmith.com
                                             9595 Wilshire Blvd., Ste. 900
                                             Beverly Hills, CA 90212
                                             Phone: (877) 534-2590
                                             Facsimile (310) 247-0160

                                             *Attorneys for Plaintiff*